**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Danny MERRIWEATHER, Jr., Defendant–Appellant.**

No. 15–7118.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 14, 2015.

Danny Merriweather, Jr., Appellant Pro Se. Joseph Franklin Adams, Office of the United States Attorney, Huntington, West Virginia, for Appellee.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Merriweather, Jr., appeals the district court's denial of his self-styled "Motion to Dismiss Indictment, Information or Complaint Pursuant to the Interstate Agreement on Detainers Act Section IV(e)." On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Merriweather's informal brief does not challenge the basis for the district court's disposition, Merriweather has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*